UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANGELO MITCHELL (#342857)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-72-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated May 14, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Court finds that the *Petition,* Under 28 U.S.C. § 2254 for *Writ of Habeas Corpus* by a Person in State Custody filed by Angelo Mitchell, was timely filed. This matter is hereby referred back to the Magistrate Judge for a *Supplemental Report and Recommendation* on the merits of the Petitioner's grounds for relief.

Baton Rouge, Louisiana, June 3rd, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA