# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ANGELO MITCHELL (#342857)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-72-SDD-SCR

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated September 2, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus* by a Person in State Custody filed by Angelo Mitchell will be denied. Further, a certificate of appealability will also be denied for the reasons set forth herein.

Baton Rouge, Louisiana the __1__ day of October, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 17.
[3] Rec. Doc. 18.